Amadeo BIANCHI, Plaintiff–Appellant,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, AND WAREHOUSEMEN, LOCAL 390, a labor organization, Roadway Express, Inc., a foreign corporation, Defendants–Appellees.

No. 05–10192.

United States Court of Appeals, Eleventh Circuit.

March 9, 2006.

Susan L. Dolin, Rothstein, Rosenfeldt, Dolin & Pancier, Ft. Lauderdale, FL, for Plaintiff–Appellant.

D. Marcus Braswell, Jr., Sugarman and Susskind, P.A., Coral Gables, FL, Howard S. Susskind, Sugarman & Susskind, Miami, FL, for Defendants–Appellees.

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

In vacating the jury verdict this day in No. 04–16596, for plaintiff-appellee Amadeo Bianchi, and in ordering this day that judgment for defendant-appellant Roadway Express, Inc. be entered, the award of attorneys' fees in the instant case, No. 05–10192, is therefore unauthorized. The judgment of the district court affirming the magistrate judge's order of July 1, 2004, granting Bianchi attorneys' fees against defendant-appellee, International Brotherhood of Teamsters, Chauffeurs and Warehousemen, Local 390, is reversed.

REVERSED.